UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| DEBORAH D. DAVIS,<br>　　Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL SECURITY,<br>　　Defendant. | )<br>)<br>)<br>)　No. 3:11-CV-32<br>)　(Phillips/Guyton)<br>)<br>)<br>) |

## JUDGMENT ORDER

For the reasons stated in the memorandum opinion filed contemporaneously with this order, the objections to the report and recommendation of the magistrate judge filed by plaintiff [Doc. 14] are hereby **OVERRULED.** The report and recommendation [Doc. 13] is **ACCEPTED IN WHOLE** under 28 U.S.C. § 636(b)(1) and Fed.R.Civ.P. 72(b).

**IT IS ORDERED,** for the reasons stated in the report and recommendation, which the court adopts and incorporates into its ruling, that the plaintiff's motion for summary judgment [Doc. 9] is **DENIED;** the defendant Commissioner's motion for summary judgment [Doc. 11] is **GRANTED;** the defendant Commissioner's decision in this case denying plaintiff's application for benefits under the Social Security Act is **AFFIRMED;** and this case is **DISMISSED.**

**IT IS SO ORDERED.**

**ENTER:**

| | |
|---|---|
| ENTERED AS A JUDGMENT | _____s/ Thomas W. Phillips_____ |
| s/ *Debra C. Poplin* | United States District Judge |
| CLERK OF COURT | |